UNITED STATES DISTRICT COUOURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BONLYDIA JONES-WALTON *et al.*,

        CASE NO.: 6:15-CV-00995-ACC-TBS

      Plaintiffs,

vs.

VILLAS AT LAKE EVE
CONDOMINIUM ASSOCIATION, INC. *et al.*

      Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

___XXX___   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

- Harrington et al. v. Eve Management, Inc. / KA and KM Development, Inc., State of Florida Commission on Human Relations, (DOAH/FCHR Case Nos. 14-0029/2012-02120, 14-0030/2012-02128, 14-0031/2012-02126, 14-0032/2012-02137, 14-0033/2012-02138, 14-0035/2012-02110, 14-0041/2012-02122, 14-0158/2012-02107, 14-0159/2012-02109, 14-0160/2012-02108).

_____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Respectfully submitted August 11, 2015,

By: **/s/ Detra Shaw-Wilder**
Detra Shaw-Wilder, Esq.
Florida Bar No. 037184
E-mail: dps@kttlaw.com
Tal J. Lifshitz, Esq.
Florida Bar No. 99519
E-mail: tjl@kttlaw.com

**KOZYAK TROPIN & THROCKMORTON, LLP**
2525 Ponce de Leon Blvd., 9th Floor, Miami, FL 33134
Phone: (305) 372-1800
Facsimile: (305) 372-3508

*Counsel for Defendants Eightfold Real Estate Capital, L.P. and Eightfold LE Orlando Investor, LLC*

2

Kozyak Tropin & Throckmorton | 2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 | 305.372.1800 | kttlaw.com

### **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

**I hereby disclose the following pursuant to this Court's interested persons order:**

**1.     the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

   **Kozyak Tropin & Throckmorton, LLP**

   **Detra Shaw-Wilder**

   **Tal J. Lifshitz**

   **Eightfold Real Estate Capital, L.P.**

   **Eightfold LE Orlando Investor, LLC**

   **Eightfold Real Estate Capital Fund II, L.P.**

**2.     the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

   **N/A**

**3.     the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

   **N/A**

**4.     the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

   **Plaintiffs.**

Kozyak Tropin & Throckmorton | 2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 | 305.372.1800 | kttlaw.com

**I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.**

Respectfully submitted August 11, 2015,

By: **/s/ Detra Shaw-Wilder**
Detra Shaw-Wilder, Esq.
Florida Bar No. 037184
E-mail: dps@kttlaw.com
Tal J. Lifshitz, Esq.
Florida Bar No. 99519
E-mail: tjl@kttlaw.com

**KOZYAK TROPIN & THROCKMORTON, LLP**
2525 Ponce de Leon Blvd., 9th Floor, Miami, FL 33134
Phone: (305) 372-1800
Facsimile: (305) 372-3508

*Counsel for Defendants Counsel for Defendants Eightfold Real Estate Capital, L.P. and Eightfold LE Orlando Investor, LLC*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 11, 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: /s/ Detra Shaw-Wilder
Detra Shaw-Wilder, Esq.
Florida Bar No. 037184
E-mail: dps@kttlaw.com

4