UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BONLYDIA JONES-WALTON, FREDERICK  CASE NO. 6:15-CV-995-ACC-TBS
HARRIS, JOHN HARRIS, PAUL HARRIS, SR.,
A.H., PAULHARRIS, JR., RICHARD HARRIS,
LISA LESTERS, R.H., LAMAR SIMMONS,
DEREK MCNEAL, J.H.,BONIRIS MCNEAL,
CHRISTINA HARRIS, S.M., RICHARD
HARRIS, JR., S.M., TRACIE AUSTIN,
OCTAVIA HARRIS, JESSICA AUSTIN,
DANITICA SIMMONS, JAMES AUSTIN,
DENISE AUSTIN, BRANDON SCOTT,
RICHARD HARRIS, IV, ERIKA BELL-SCOTT,
ZELMA MILLER-JOHNSON, MARK COOKE,
T.H., M.H., K.H., B.H., DANIEL HARRIS,
MARY HALL, DIONNE HARRINGTON, D.E.,
D.S., D.S., L.S., J.H., DARREN HARRIS,
MARETTA HARRIS, DANIELLE HARRIS,
DENISE STRICKLAND, DARRYL
STRICKLAND, D.S., DENEEN STRICKLAND,
DENE STRICKLAND, DAVID HARRIS,
JOSHUA HARRIS, MATTHEW HARRIS,
MALCOLM HARRIS, AMBER HARRIS,
JAVON JORDAN, ESTHER AUSTIN-HALL,
LENORE AUSTIN-FULFORD, THOMAS
FULFORD, JOHN JORDAN, EDDIE PARKER

    PLAINTIFFS,

vs.

VILLAS AT LAKE EVE CONDOMINIUM
OWNERS ASSOCIATION, INC., LAKE EVE
RESORT CONDOMINIUM OWNERS
ASSOCIATION, INC., LE ORLANDO OWNER,
LLC, LE ORLANDO PARTNERS, LLC, THE
ARDEN GROUP, INC., ARDEN REAL ESTATE
I, LP, EIGHTFOLD REAL ESTATE CAPITAL,
L.P., EIGHTFOLD LE ORLANDO INVESTORS,
LLC, HOSTMARK HOSPITALITY GROUP, INC.,
BLUEGREEN CORPORATION, KA AND KM
DEVELOPMENT, INC., VA AND MK
DEVELOPMENT, INC., EVE MANAGEMENT,
INC., LAKE EVE RESORT MANAGEMENT, LLC,

LISA CATENA, VINOD KALIDAS, NIRMAKSEE KALIDAS, ARTI KALIDAS, ORANGE COUNTY SHERRIF'S OFFICE, JERRY L. DEMINGS, TROY PEARSON, LAURA REEVES, JACQUELINE HAMON, JULIE KISSANE, ROBERT LARSON, TERRANCE MARTINEC, DARRYL MARK HOPPER, SHARON KOSMIDIS, THOMAS LIN, PAUL HOLLINGSWORTH, BRENT BAGSHAW, KIMBERLY SMITH, TODD BUTLER, JOHN DOES 1-10,

DEFENDANTS.
_____/

## DEFENDANT, HOSTMARK HOSPITALITY GROUP, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a.    Hostmark Hospitality Group, Inc., a Illinois corporation
    b.    GrayRobinson, P.A.

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a.    Hostmark Hospitality Group, Inc., a Illinois corporation

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    a.    None other than named parties at this time.

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

BONLYDIA JONES-WALTON; FREDERICK HARRIS; JOHN HARRIS; PAUL HARRIS, SR.; A.H., a minor; PAULHARRIS, JR.; RICHARD HARRIS; LISA ESTERS; R.H., a minor; LAMAR SIMMONS; DEREK MCNEAL; J.H., a minor; BONIRIS MCNEAL; CHRISTINA HARRIS; S.M., a minor; RICHARD HARRIS, JR.;

2

S.M., a minor; TRACIE AUSTIN; OCTAVIA HARRIS; JESSICA AUSTIN; DANITICA SIMMONS; JAMES AUSTIN; DENISE AUSTIN; BRANDON SCOTT; RICHARD HARRIS, IV; ERIKA BELL-SCOTT; ZELMA MILLER-JOHNSON; MARK COOKE; T.H., a minor; M.H., a minor; K.H., a minor; B.H., a minor; DANIEL HARRIS; MARY HALL; DIONNE HARRINGTON; D.E., a minor; D.S., a minor; D.S., a minor; L.S., a minor; J.H., a minor; DARREN HARRIS; MARETTA HARRIS; DANIELLE HARRIS; DENISE STRICKLAND; DARRYL STRICKLAND; D.S., a minor; DENEEN STRICKLAND; DENE STRICKLAND; DAVID HARRIS; JOSHUA HARRIS; MATTHEW HARRIS; MALCOLM HARRIS; AMBER HARRIS; JAVON JORDAN; ESTHER AUSTIN-HALL; LENORE AUSTIN-FULFORD; THOMAS FULFORD; JOHN JORDAN; and EDDIE PARKER, otherwise known as the named Plaintiffs in this action.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: August 12, 2015.

                                              Respectfully submitted,

                                              GrayRobinson, P.A.
                                              Attorneys for Defendant – Hostmark Hospitality Group, Inc.
                                              333 SE 2nd Avenue, Suite 3200
                                              Miami, Florida 33131
                                              Phone: (305) 416-6880
                                              Facsimile: (305) 416-6887

                                              By: /s/ Gary M. Carman
                                                  Gary M. Carman, Esq.
                                                  Florida Bar No. 179409
                                                  Gary.Carman@gray-robinson.com
                                                  Richard F. Danese, Esq.
                                                  Florida Bar No. 58458
                                                  Richard.Danese@gray-robinson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy hereof has been furnished by electronic mail upon each of the parties and counsel identified on the CM/ECF service list created and maintained by the Court for this case, on August 12, 2015.

> By: /s/ Gary M. Carman
> Gary M. Carman, Esq.
> Florida Bar No. 179409
> Gary.Carman@gray-robinson.com
> Richard F. Danese, Esq.
> Florida Bar No. 58458
> Richard.Danese@gray-robinson.com