UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| BONLYDIA JONES-WALTON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| *v.* | ) |
| | ) Case No. 6:15-cv-995-Orl-22TBS |
| VILLAS AT LAKE EVE CONDOMINIUM | ) |
| ASSOCIATION, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DESIGNATION OF LOCAL COUNSEL

Ohio attorneys Nicholas DiCello and Jeremy Tor now comply with the requirements of Local Rule 2.02(a), by designating local counsel and consent-to-act by members of the Middle District Bar Troy A. Rafferty and William F. Cash III. These attorneys have agreed to accept service of all papers and to be responsible for the progress of this action as required under the rule.

Mr. DiCello and Mr. Tor also certify that they will comply with the requirements of Local Rule 2.01(d), by filing the Court's Special Admission Attorney Certification, paying the fee, and registering an e-mail address for e-mail service. These Certifications are being filed along with this Designation of Local Counsel.

1

Dated: September 10, 2015         /s/ Nicholas DiCello
                                  /s/ Jeremy Tor
                                  Nicholas DiCello
                                  Jeremy Tor
                                  **SPANGENBERG SHIBLEY & LIBER LLP**
                                  1001 Lakeside Avenue East, Suite 1700
                                  Cleveland, Ohio 44114
                                  Telephone:   (216) 696-3232
                                  Fax:         (216) 696-3924
                                  E-mail:      ndicello@spanglaw.com
                                               jtor@spanglaw.com

                                  Troy A. Rafferty (Fla. Bar No. 24120)
                                  William F. Cash III (Fla. Bar No. 68443)
                                      *Trial Counsel*
                                  Aaron L. Watson (Fla. Bar No. 71091) *(attorney admission ceremony scheduled)*
                                  **LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**
                                  316 South Baylen Street, Suite 600
                                  Pensacola, Florida 32502
                                  Telephone:   (850) 435-7059
                                  Fax:         (850) 435-7020
                                  E-mail:      trafferty@levinlaw.com
                                               bcash@levinlaw.com
                                               awatson@levinlaw.com

                                  *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that today, September 10, 2015, I am filing this *Designation of Local Counsel* on the docket. Parties may access this filing by reviewing the Court's CM/ECF system.

                        /s/ William F. Cash III