UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BONLYDIA JONES-WALTON,
FREDERICK HARRIS, JOHN HARRIS,
PAUL HARRIS, SR. , A.H., PAUL
HARRIS, JR. , RICHARD HARRIS, LISA
LESTER, R.H., LAMAR SIMMONS,
DEREK MCNEAL, J.H., BONIRIS
MCNEAL, CHRISTINA HARRIS, S.M.,
RICHARD HARRIS, JR. , S.M., TRACIE
AUSTIN, OCTAVIA HARRIS, JESSICA
AUSTIN, DANITICA SIMMONS, JAMES
AUSTIN, DENISE AUSTIN, BRANDON
SCOTT, RICHARD HARRIS, IV , ERIKA
BELL-SCOTT, ZELMA MILLER-
JOHNSON, MARK COOKE, T.H., M.H.,
K.H., B.H., DANIEL HARRIS, MARY
HALL, DIONNE HARRINGTON, D.E.,
D.S., D.S., L.S., J.H., DARREN HARRIS,
MARETTA HARRIS, DANIELLE HARRIS,
DENISE STRICKLAND, DARRYL
STRICKLAND, D.S., DENEEN
STRICKLAND, DENE STRICKLAND,
DAVID HARRIS, JOSHUA HARRIS,
MATTHEW HARRIS, MALCOLM
HARRIS, AMBER HARRIS, JAVON
JORDAN, ESTHER AUSTIN-HALL,
LENORE AUSTIN-FULFORD, THOMAS
FULFORD, JOHN JORDAN and EDDIE
PARKER,

     Plaintiffs,

v.                            Case No:   6:15-cv-995-Orl-22TBS

VILLAS AT LAKE EVE CONDOMINIUM
ASSOCIATION, INC., LAKE EVE
RESORT CONDOMINIUM OWNERS
ASSOCIATION, INC., LE ORLANDO
OWNER, LLC, LE ORLANDO
PARTNERS, LLC, THE ARDEN GROUP,
INC., ARDEN REAL ESTATE
PARTNERS I, LP, EIGHTFOLD REAL
ESTATE CAPITAL, L.P., EIGHTFOLD LE
ORLANDO INVESTOR, LLC,

HOSTMARK HOSPITALITY GROUP,
INC., KA AND KM DEVELOPMENT INC.,
VK AND MK DEVELOPMENT INC., EVE
MANAGEMENT INC., LISA CATENA,
VINOD KALIDAS, NIRMAKSEE
KALIDAS, ARTI KALIDAS, ORANGE
COUNTY SHERIFF'S OFFICE, JERRY L.
DEMINGS, TROY PEARSON, LAURA
REEVES, JACQUELINE HAMON, JULIE
KISSANE, ROBERT LARSON,
TERRANCE MARTINEC, DARRYL
MARK HOPPER, SHARON KOSMIDIS,
THOMAS LIN, PAUL
HOLLINGSWORTH, BRENT BAGSHAW,
KIMBERLY SMITH, TODD BUTLER and
JOHN DOES 1-10,

     Defendants.

_____

## ORDER

     This case comes before the Court on the Designation of Local Counsel filed by
attorneys Nicholas DiCello and Jeremy Tor which the Court construes as a motion to
appear *pro hac vice* (Doc. 72).   Counsels' designation is a good faith attempt to comply
with Local Rule 2.02(a).   Unbeknownst to counsel, in practice, attorneys desiring to
appear specially file motions showing that they meet the requirements of Rule 2.02(a)
and if the Court is satisfied, an order of admission *pro hac vice* is then entered.
Accordingly, the motion is **DENIED without prejudice** to counsel submitting a motion
demonstrating that they are qualified to appear specially pursuant to Rule 2.02(a).

     **DONE** and **ORDERED** in Orlando, Florida on September 11, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties