UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BONLYDIA JONES-WALTON,
FREDERICK HARRIS, JOHN HARRIS,
PAUL HARRIS, SR. , A.H., PAUL
HARRIS, JR. , RICHARD HARRIS,
LISA LESTER, R.H., LAMAR
SIMMONS, DEREK MCNEAL, J.H.,
BONIRIS MCNEAL, CHRISTINA
HARRIS, S.M., RICHARD HARRIS, JR.
, S.M., TRACIE AUSTIN, OCTAVIA
HARRIS, JESSICA AUSTIN,
DANITICA SIMMONS, JAMES
AUSTIN, DENISE AUSTIN, BRANDON
SCOTT, RICHARD HARRIS, IV ,
ERIKA BELL-SCOTT, ZELMA
MILLER-JOHNSON, MARK COOKE,
T.H., M.H., K.H., B.H., DANIEL
HARRIS, MARY HALL, DIONNE
HARRINGTON, D.E., D.S., D.S., L.S.,
J.H., DARREN HARRIS, MARETTA
HARRIS, DANIELLE HARRIS, DENISE
STRICKLAND, DARRYL
STRICKLAND, D.S., DENEEN
STRICKLAND, DENE STRICKLAND,
DAVID HARRIS, JOSHUA HARRIS,
MATTHEW HARRIS, MALCOLM
HARRIS, AMBER HARRIS, JAVON
JORDAN, ESTHER AUSTIN-HALL,
LENORE AUSTIN-FULFORD,
THOMAS FULFORD, JOHN JORDAN
and EDDIE PARKER,

            Plaintiffs,

v.                                     Case No:   6:15-cv-995-Orl-22TBS

VILLAS AT LAKE EVE
CONDOMINIUM ASSOCIATION, INC.,
LAKE EVE RESORT CONDOMINIUM
OWNERS ASSOCIATION, INC., LE
ORLANDO OWNER, LLC, LE
ORLANDO PARTNERS, LLC, THE
ARDEN GROUP, INC., ARDEN REAL
ESTATE PARTNERS I, LP,
EIGHTFOLD REAL ESTATE
CAPITAL, L.P., EIGHTFOLD LE

ORLANDO INVESTOR, LLC,
HOSTMARK HOSPITALITY GROUP,
INC., KA AND KM DEVELOPMENT
INC., VK AND MK DEVELOPMENT
INC., EVE MANAGEMENT INC., LISA
CATENA, VINOD KALIDAS,
NIRMAKSEE KALIDAS, ARTI
KALIDAS, ORANGE COUNTY
SHERIFF'S OFFICE, JERRY L.
DEMINGS, TROY PEARSON, LAURA
REEVES, JACQUELINE HAMON,
JULIE KISSANE, ROBERT LARSON,
TERRANCE MARTINEC, DARRYL
MARK HOPPER, SHARON KOSMIDIS,
THOMAS LIN, PAUL
HOLLINGSWORTH, BRENT
BAGSHAW, KIMBERLY SMITH,
TODD BUTLER and JOHN DOES 1-10,

**Defendants.**

## ORDER

This cause is before the Court on Defendant Lake Eve Resort Condominium Owners Association, Inc.'s Motion to Set Aside Clerk's Default (Doc. No. 101) filed on October 6, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 27, 2015 (Doc. No. 122), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendant Lake Eve Resort Condominium Owners Association, Inc.'s Motion to Set Aside Clerk's Default is hereby GRANTED.

3. The Default entered September 23, 2015 against Lake Eve Resort Condominium Owners Association, Inc. (Doc. No. 90) is hereby SET ASIDE.

4. Within 5 days of the date of this Order, Lake Eve Resort Condominium Owners Association, Inc. shall file its answer and affirmative defenses as a separate docket entry.

**DONE** and **ORDERED** in Orlando, Florida on November _17_, 2015.

_____
JOHN ANTOON II
United States District Judge
(signed in the absence of
Judge Anne C. Conway)

Copies furnished to:

Counsel of Record
Unrepresented Parties